**SO ORDERED.**

**SIGNED this 29th day of January, 2007.**

_____
LARRY E. KELLY
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| LAWRENCE RICHARD PAPST, II, | § § | CASE NO. 06-30131-LK |
| Debtor. | § | Chapter 7 |
| THOMAS M. BOEHM, | § § | |
| Plaintiff | § § | |
| v. | § | ADV. NO. 06-3026 |
| LAWRENCE RICHARD PAPST, II, | § § § | |
| Defendant. | § | |

<u>ORDER GRANTING
PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION</u>

      For the reasons stated in the court's Memorandum Opinion Regarding Plaintiff's Motion for Summary Judgment and Defendant's "Motion to Dismiss," the court finds that the following orders should be entered.

      IT IS, THEREFORE, ORDERED that the Motion for Summary Adjudication filed by Plaintiff in the above styled and numbered adversary proceeding shall be, and hereby is,

GRANTED and JUDGMENT is hereby entered declaring NON-DISCHARGEABLE under 11 U.S.C. § 523(a)(6), that portion of Plaintiff's claim that is based on the Order of Contempt entered in the Superior Court of California, County of Santa Clara, awarding a total of $130,839.00 plus interest thereon against the Debtor and in favor of the Plaintiff.

IT IS FURTHER ORDERED that the balance of Plaintiff's claim shall be, and hereby is, DISCHARGED.

# # #